**EXHIBIT B-1**



**Fig. 1**

User Security

Embedded fingerprint sensor (optional)
Smartcard reader (optional)
Hard disk password
User and supervisor BIOS password
SystemLock BIOS SmartCard security
Workplace Protect (secure authentication solution)

**Fig. 2**



Fig. 3

**Fig. 4**



1 = Camera light
2 = Camera
3 = Camera LED

4 = Fingerprint sensor (configuration dependent)

**Fig. 5**

## Setting the security devices

**i**  Only *security devices* that are supported by the system can be selected.
In managed mode, only devices and combinations that have been approved by the administrator are displayed.

If Multi-Factor Authentication is set on the system, the associated methods must also be configured when selecting a security device. Possible combinations are:
- Fingerprint or palm veins and smartcard
- Palm veins or fingerprint or face recognition or RFID and additional password (secret)

Under *security devices*, the following functions are available to you:

| Security device | Icon | Description |
| --- | --- | --- |
| PalmSecure™ |  | Save palm images, verify or delete those already saved |
| Fingerprint |  | Save fingerprints, verify or delete those already saved |
| Face recognition |  | Configure face recognition |
| Presence sensor |  | Change the settings of the presence sensor |
| Passwords |  | Manage passwords for Windows, BIOS and hard drives |
| SmartCard / RFID |  | Configure SmartCard or RFID card |

**i**  You can call up a function either using the menu bar or by clicking on the relevant icon in the display area.
If you call up the function with start wizards, a wizard guides you through the settings. In the wizard you will find further information and additional background knowledge.

**Fig. 6**



**Fig. 7**



Fig. 8

Fig. 9

### Changing the SmartCard settings

Proceed as follows to make changes to the SmartCard settings:

▶ In the menu bar, click *Security Devices - SmartCard / RFID*.
▶ Insert the SmartCard into the module provided.
▶ Follow the instructions on the screen.

You arrive at the overview page showing the SmartCard settings.

You can make the following settings here:

| Tab | Function |
|---|---|
| *Admin* | Activate SystemLock (see chapter "Activate and configure SystemLock") |
| *Change PIN* | Change current PIN |
| *Change PUK* | Change current PUK |
| *Unblock PIN* | Unblock PIN which has been blocked |
| *User management* | Delete registered users on the SmartCard |
| *SystemLock cards* | Write access data for SystemLock onto SmartCards |

▶ To make changes to the settings, click on the corresponding tab at the upper edge of the

**Fig. 10**

### Inserting the SmartCard



Your device may be fitted with a Smart Card reader, depending on your chosen model (only available in models with screw holes and Smart Card reader).



Do not use force when inserting and removing the SmartCard.
Make sure that foreign objects do not fall into the SmartCard reader.



▶ Slide the Smart Card into the Smart Card reader (1) with the chip facing the front of the Tablet PC.

**Fig. 11**



**Fig. 12**

The finger which has been read in will be marked with a green tick.
  ▶ Confirm with *Next*.
  ▶ Repeat this process for the other fingerprints.
A summary of the settings you have made is displayed.
  ▶ Confirm with *Finish*.
You then return to the overview page.

**Fig. 13**

# Security functions

Your Tablet PC has several security features that you can use to secure your system and your personal data from unauthorized access.

This chapter explains how to use these functions, and what the benefits are.



Please remember that in some cases, for example, forgetting your password, you may be locked out of the system and unable to access your data. Therefore, please note the following information:

- Back up your data on external data carriers at regular intervals.
- Some security functions need you to choose passwords. Make a note of the passwords and keep them in a safe place.

If you forget your passwords you will need to contact our Service Desk. Deletion or resetting of passwords are not covered by your warranty and a charge will be made for assistance.



In the BIOS setup utility menu *Security*, if you alter the *Password Severity* setting from its delivery status of *Strong* to *Stringent*, the Fujitsu Service Desk will no longer be able to reset the password. The system may then remain unusuable indefinitely.

Fujitsu therefore recommends always setting up a Supervisor password with the setting of *Password Severity* = *Strong*.

**Fig. 14**