**EXHIBIT C-1**



**Fig. 1**

Security functions

## Configuring the fingerprint sensor (configuration dependent)

 Whether your device has a fingerprint sensor or not depends on the device configuration which you ordered.

The fingerprint sensor can record the image of a fingerprint. With additional fingerprint software, this image can be processed and used instead of a password.



► Install the fingerprint software to be able to use the fingerprint sensor (1).

**Fig. 2**

Setting the security devices

## Make fingerprint settings

| i | No fingerprints can be recorded for user accounts which were automatically created by Windows 8 (Administrator, Guest). An error message appears in this case. |

The first steps differ, depending on the pre-set Authentication Level.

| Single-Factor Authentication | If this method is set, the images are saved on the computer. |
|---|---|
| Multi-Factor (Template on Card) | If this method is set for identification on the system, the images are saved on the smartcard. |
| | ► Insert the smartcard into the reader before starting to scan. |
| | **NOTE**: If you work with different computers with the smartcard, you must save palm-vein images on the smartcard for each system. |
| Multi-Factor (Secret) | If this method is set for identification on the system, the first time the palm-vein imaging is set up, the user is automatically requested to enter the secret first. |
| | ► Enter the secret and click *activate*. |

► Under *security devices*, click *fingerprint / start wizards*.
► Confirm with *Next*.
► When you are asked, authenticate yourself to the system (see chapter "Perform the necessary authentication in Workplace Protect").
► Select the finger for which you would like to perform an action.
► Click on the button of the desired action:

| Action | Description |
|---|---|
| *Record* | Read in and save fingerprint |
| *Verify* | Verify fingerprints already saved |
| *Remove* | Delete fingerprints already saved |
| *Back* | Back to the choice of finger |

## Read in fingerprint

| i | At least two fingerprints must have been read in and stored before you can end the configuration. |

► In the menu bar, click on *Security Devices - Fingerprint*.
► Select one finger by clicking in the circle above the desired finger.
The circle above the finger will be marked in blue.
► Click on *Record*.
► Draw the desired finger evenly over the fingerprint sensor.
Four successful recordings must be made to complete the process.

**Fig. 3**

# Setting the security devices

> **i**
> Only *security devices* that are supported by the system can be selected.
>
> In managed mode, only devices and combinations that have been approved by the administrator are displayed.
>
> If Multi-Factor Authentication is set on the system, the associated methods must also be configured when selecting a security device. Possible combinations are:
> - Fingerprint or palm veins and smartcard
> - Palm veins or fingerprint or face recognition or RFID and additional password (secret)

Under *security devices*, the following functions are available to you:

| Security device | Icon | Description |
|---|---|---|
| *PalmSecure™* |  | Save palm images, verify or delete those already saved |
| *Fingerprint* |  | Save fingerprints, verify or delete those already saved |
| *Face recognition* |  | Configure face recognition |
| *Presence sensor* |  | Change the settings of the presence sensor |
| *Passwords* |  | Manage passwords for Windows, BIOS and hard drives |
| *SmartCard / RFID* |  | Configure SmartCard or RFID card |

> **i**
> You can call up a function either using the menu bar or by clicking on the relevant icon in the display area.
>
> If you call up the function with start wizards, a wizard guides you through the settings. In the wizard you will find further information and additional background knowledge.

**Fig. 4**

## Authentication configuration

To make settings in the authentication configuration, proceed as follows:

▶ Under *Security Settings*, click on *Authentication Configuration*.

▶ When you are asked, authenticate yourself to the system (see chapter "Perform the necessary
  authentication in Workplace Protect").



▶ For the authentication methods, check the checkbox for the desired security devices to be able
  to use them for authentication.

| Function | Description |
|---|---|
| *All* | Marks all possible authentication methods |
| *Windows logon* | Settings for the supported authentication methods during Windows logon |
| *Workplace Protect authentication* | The authentication settings specified here will always be used to authenticate the user for the configuration of security devices and security settings. |
| *Password Safe* | User authentication for Password Safe |
| *Encrypted Container* | User authentication for the Encrypted Container |

**Fig. 5**



**Fig. 6**