THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>        Plaintiff,<br><br>        v.<br><br>**FUJITSU AMERICA, INC.,**<br><br>        Defendant. | **Civil Action No.** 2:20-cv-00096-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO STAY ALL
PENDING DEADLINES AND NOTICE OF SETTLEMENT**

CAME ON THIS DAY for consideration of the Joint Motion to Stay All Pending Deadlines and Notice of Settlement between Plaintiff Atlpass LLC and Defendant Fujitsu America, Inc., and the Court, being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that all deadlines between Plaintiff Alptass LLC and Defendant Fujitsu America, Inc. be and are stayed up to and including July 29, 2020.

SO ORDERED.