IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:20-cv-00096-JRG-RSP |
| FUJITSU AMERICA, INC., | § § § | |
| *Defendant*. | § § § | |

## ORDER GRANTING SETTLEMENT STAY

Before the Court is Plaintiff, Altpass LLC's and Defendant Fujitsu America, Inc.'s, (collectively, "Parties") Joint Motion to Stay All Pending Deadlines and Notice of Settlement ("Motion"). Dkt. No. **10**. Parties' Motion notifies the Court that the Parties have reached an agreement that resolves all claims asserted between them in the present action and seeks a 30 day stay to file a dismissal.

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that all deadlines in the present case are stayed for 30 days.

**SIGNED this 1st day of July, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE