THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**FUJITSU AMERICA, INC.,**<br><br><br>    Defendant. | **Civil Action No.** 2:20-cv-00096-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), The Plaintiff Altpass, LLC ("Plaintiff") and the Defendant Fujitsu America, Inc. ("Defendant"), hereby move for an order dismissing all claims in this action WITH prejudice subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated July 21, 2020, with each party to bear its own costs, expenses, and attorneys' fees.

DATED July 27, 2020.

Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF**
**ALTPASS LLC**


By: /s/ *Matthew Satchwell*
Matthew Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com

**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-2111
Fax: (312) 236-7516

**ATTORNEY FOR DEFENDANT**
**FUJITSU AMERICA, INC.**


**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of July, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


*/s/ Neal Massand*
Neal G. Massand