# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:20-cv-00096-JRG-RSP |
| FUJITSU AMERICA, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Stipulated Motion for Dismissal with Prejudice (the "Motion"). (Dkt. No. 12.) Having considered the Motion, and pursuant to Rule 41(a)(2), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 29th day of July, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE